ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 OCT -7 PM 12: 43

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| LENNON RAY BROWN (1) | 3-15CR-452-N |

INDICTMENT
Intentional Damage to a Protected Computer
(18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B))

The Grand Jury Charges:

On or about December 23, 2013, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant **Lennon Ray Brown** knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer; in that **Lennon Ray Brown** knowingly transmitted a code and command to ten core Citibank Global Control Center routers, and by said transmission erased the running configuration files in nine of the routers, resulting in a loss of network connectivity to approximately 90% of all network access across North America; and thereby causing a loss aggregating at least $5,000 or more during a one-year period.

In violation of 18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Tel:  214.659.8600
Fax:  214.658.8812
candina.heath@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LENNON RAY BROWN

INDICTMENT

18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. §§ 1030(c)(4)(A)(i)(I) and (B)
Intentional Damage to a Protected Computer

1 Count

A true bill rendered

DALLAS                                                                                           FOREPERSON

Filed in open court this 7th day of October 2015

                                                                                                         Clerk

**ARREST WARRANT TO ISSUE**

UNITED STATES ~~DISTRICT~~/MAGISTRATE ~~JUDGE~~
No Criminal matter pending