# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-11340

_____

D.C. Docket No. 3:15-CR-452-1

United States Court of Appeals
Fifth Circuit

**FILED**

March 1, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

LENNON RAY BROWN,

      Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before JOLLY, DENNIS, and ELROD, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for resentencing consistent with this ruling, with instructions to expedite proceedings in light of Brown's scheduled release from custody.



**Certified as a true copy and issued
as the mandate on Mar 01, 2018**

**Attest:**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**