IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:15-CR-452-N |
| LENNON RAY BROWN | § | |

## ORDER

This Order addresses the Defendant's Motion for Release Pending Resentencing filed March 1, 2018. The government has stated that it is unopposed to the motion. Therefore, the Court grants the motion. The defendant is ordered released from the custody of the Bureau of Prisons pending the defendant's resentencing hearing.

Signed March 5, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE