# UNITED STATES DISTRICT COURT
## for
### NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Lennon Ray Brown           Case No.: 3:15-CR-00452-N(1) |
| Name of Sentencing Judge: | U.S. District Judge David C. Godbey |
| Date of Original Sentence: | July 25, 2016 (remanded for resentencing); Resentenced n April 2, 2018 |
| Original Offense: | Intentional Damage To A Protected Computer, in violation of: 18 U.S.C. § 1030A.F F18:103(A)(5)(A) and 18:103(C)(4)(A)(I)(I) and (B) |
| Original Sentence: | 21-months custody as to Count 1, 2-year term of supervised release; Resentenced on April 2, 2018, time served custody, 18-month term of supervised release |
| Type of Supervision: | Supervised Release     Date Supervision Commenced: April 2, 2018 |
| Assistant U.S. Attorney: | Candina S. Heath       Defense Attorney: Dimitri Dube (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Mr. Lennon Ray Brown commenced his term of supervised release in the Northern District of Texas on April 2, 2018. He was ordered to pay restitution in the amount of $77,200, at the rate of not less than 10 percent of the defendant's gross monthly income, or at a rate of not less than $50 per month, whichever is greater. At this time, Mr. Brown has paid a total of $900.00 toward his restitution obligation and has a remaining balance of $76,400. According to Offender Payment Enhanced Report Access (OPERA), Mr. Brown has made consistent monthly payments as directed by the U.S. Probation Office.

Mr. Brown has maintained a stable residence with his wife, Monique Brown, and their son in Grand Prairie, Texas throughout the duration of this term of supervision. Mr. Brown currently works full time at RICOH as a Shop Technician. His term of supervised release is scheduled to expire on October 1, 2019. His case has been referred to the Financial Litigation Unit of the U.S. Attorney's Office for assistance in the collection of his restitution balance.

## II.

The probation officer recommends the following action for the Court to consider:

Mr. Brown has made consistent payments toward his court-ordered restitution as directed. It is respectfully recommended that no action be taken, allowing the term of supervised release to expire as scheduled on October 1, 2019.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on September 18, 2019

Respectfully submitted,

s/Lacey Goodson
U.S. Probation Officer
Fort Worth, Texas
Phone:  469-999-2960

Approved,

s/Kenneth Mays
Supervising U.S. Probation Officer
Phone:  817-840-0739

**Order of the Court:**

- [x] Agrees with the recommendation of the probation officer.
- [ ] Disagrees with the recommendation of the probation officer.
- [ ] Directs the probation officer to submit a request for modifying the conditions or term of supervision.
- [ ] Directs the probation officer to submit a request for a warrant or summons.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

The Honorable David C. Godbey
U.S. District Judge

September 20, 2019
Date

LG